# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J-WEIAL,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>Respondent. | Case No. 1:16-cv-00044 HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Mule Creek State Prison, Ione, California. As a result, Dave Davey, the warden of California State Prison, Corcoran, no longer has custody of Petitioner. Joe Lizarraga, Warden of Mule Creek State Prison, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Joe Lizarraga, Warden, Mule Creek State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **February 8, 2016**          **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE

1