1

2

3

4

5

6                             UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9     XAVIER LUMAR J'WEIAL,                        No.  1:16-cv-00044-SKO  HC

10                    Petitioner,                  **ORDER DENYING PETITIONER'S**
                                                   **MOTION TO HALT REQUESTED**
11         v.                                      **EXTENSION OF TIME**

12    JOE LIZARRAGA, Warden,

13                    Respondent.                  **(Doc. 13)**

14

15         Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus

16   pursuant to 28 U.S.C. § 2254.  On March 1, 2016, the Court denied Petitioner's motion to extend

17   time.  Thereafter, the Clerk of Court processed the filing of Petitioner's motion for the requested

18   extension to be halted (i.e., Petitioner's motion to withdraw his earlier motion).  Because the

19   Court had already denied the motion to extend time, Petitioner's motion to halt the requested

20   extension of time is moot.

21         Accordingly, the Court DENIES Petitioner's motion to halt the requested extension of

22   time as moot.

23

24   IT IS SO ORDERED.

25   Dated:  __March 8, 2016__                          _____/s/ Sheila K. Oberto_____
                                                       UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                  1