UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>        Petitioner,<br><br>   v.<br><br>JOE LIZARRAGA, Warden,<br><br>        Respondent. | No. 1:16-cv-00044-SKO  HC<br><br>**ORDER REGARDING PETITIONER'S MOTION FOR CLARIFICATION**<br><br>**(Doc. 29)** |

On May 25, 2016, Petitioner, a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, submitted an ambiguous motion to which he had attached various proofs of service. The Court is not certain what information or relief Petitioner seeks. To the extent that Petitioner is unclear regarding the status of his petition, a review of the docket indicates that, but for Respondent's reply to Petitioner's traverse, which is to be filed on or before June 15, 2016, briefing in the above-captioned case is complete. Upon Respondent's filing of his reply, the Court will take the matter under submission.

IT IS SO ORDERED.

Dated:   **May 27, 2016**                                                  /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE