UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>                Petitioner,<br><br>        v.<br><br>JOE LIZARRAGA, Warden,<br><br>                Respondent. | No.  1:16-cv-00044-AWI-SKO  HC<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEAL AS UNTIMELY**<br><br>**(Doc.  40)** |

    Petitioner Xavier Lumar J'Weial, a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for a certificate of appealability.  A party may appeal a judgment in a civil matter within 30 days after the entry of the judgment or order appealed from.  F.R.App.P. 4(a)(1).  Because final judgment has not been entered in the above-captioned case, the motion for a certificate of appeal is untimely.

    The Court further notes that, as a matter of practice in this Court, the question of issuance of a certificate of appealability is typically addressed within the opinion or order adopting findings and recommendations.

    The motion for certificate of appeal is hereby DENIED.


IT IS SO ORDERED.

Dated:   **November 14, 2016**                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE

1